UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send this completed form to:

# etranscripts@nysd.uscourts.gov

**NOTE:** Transcripts from an electronic record are performed by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcription service. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a quotation or price estimate.

Today's DATE_____

| Case Caption | |
|---|---|
| DOCKET # | DATE(S) of the hearing: | JUDGE |
| | | |

## INDICATE SERVICE:
(prices listed are per page)

| 1 - 3 **business** days $6.66 | 7 days $5.34 | 14 days $4.68 | 30 days $4.02 |
|---|---|---|---|

| Your Name | |
|---|---|
| Firm | |
| Address | |
| City, State | Zip Code |
| Phone # | |
| E-mail | |