# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM △
BRUCE E. MENKEN
JASON J. ROZGER △
GRACE CRETCHER
SCOTT SIMPSON

△ ALSO ADMITTED NJ

**By ECF Only**

January 28, 2016

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Douglas M. Sternberg, DDS v. NYC Health and Hospitals Corp.,* 14 Civ. 1003 (PAC)

Dear Judge Crotty:

This firm represents Plaintiff Douglas M. Sternberg in the above captioned matter and I write pursuant to this Court's December 22, 2015 Order to provide an update concerning Dr. Sternberg's health.

Dr. Sternberg is still suffering from the effects of West Nile virus. He is no longer in the hospital; he is in a rehabilitation center near his permanent residence in Nassau County. His health is slowly improving but he will not be able to come to court to participate in any trial of this matter for at least the next three months, if not longer.

Respectfully submitted,

Bruce E. Menken

BEM:os
cc: Yuval Rubinstein, Esq.
    (By ECF Only)